# EXHIBIT F

# EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,991,234[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Gaia Media LLC ("Gaia"), using the Gaia website, available at www.gaia.com ("Gaia Site"), that infringes at least claim 12 of U.S. Patent No. 11,991,234 ("'234 Patent"). Upon information and belief, Gaia provides streaming services using adaptive bitrate streaming technology that infringe one or more claims of the '234 Patent, including at least the Gaia Site.

The chart is exemplary and should not be read to limit the assertions of Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C. (collectively, "DISH") against Gaia as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Gaia infringes the claims below.

The following evidence and descriptions show that the Gaia Site meets each element of the aforementioned claim(s) of the '234 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Gaia induces that performance by designing and operating the Gaia Site to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Gaia videos through the Gaia Site and related Gaia applications, including the support materials cited below. *See, e.g.*, *GAIA on my TV / Device and Tech Support*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/categories/203067127-GAIA-on-my-TV-Device-and-Tech-Support; *What is Gaia?*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/221752368-What-is-Gaia; *Gaia Subscription Plans, Pricing, Discounts, and Accepted Payments*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/28271540036891-Gaia-Subscription-Plans-Pricing-Discounts-and-Accepted-Payments.

To the extent DISH asserts contributory infringement, the Gaia Site includes ABR components that constitute material parts of the claimed invention, including client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage infrastructure, and HLS manifest and playlist delivery functionality. As deployed in the Gaia Site, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Gaia Site to claim 12 of the '234 Patent.

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '234 Patent addressed in that section unless otherwise indicated.

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

# I. **U.S. Patent No. 11,991,234**

## A. Claim 12

| |
|---|
| *12[pre] A method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network, the method comprising:* |

The recited method steps are performed by a client device (e.g., a user's browser or mobile app) when accessing the Gaia Site on an Internet browser. On information and belief, the Gaia Site provides the manifests, streamlets, and embedded player code that cause the client device, upon user-initiated playback, to execute the claimed method to output rate-adaptive streams over at least one TCP connection with servers engaged by Gaia.

Example client devices include personal computers, Macintosh computers, Apple iPhones, Apple iPads, Android phones, Android tablets, and smart TV devices equipped to access the internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of Gaia tested and used the Gaia Site on devices in the U.S. during the relevant time period.

The images in this chart are from the Gaia Site accessed through a computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player embedded in the web page of, and executed based upon instructions given by, the Gaia Site is available to run on content player devices supporting all the latest versions of major web browsers. *See, e.g.*, *GAIA on my TV / Device and Tech Support*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/categories/203067127-GAIA-on-my-TV-Device-and-Tech-Support.

Tests were conducted on videos offered over the Gaia Site executed on a personal computer. As part of the testing, a personal computer accessing the Gaia Site used Microsoft Edge DevTools, which enabled the ability to view the device's network traffic in the Network panel and to throttle the network's available bandwidth using the Network conditions tool. Thus, the test simulated how the Gaia Site responded to lower and higher bandwidths. For the current test, a video titled "The 900-Year Secret of the Knights Templar - Part 1" was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 1024 kbps. As observed through the tests, when the user selects a video from the available videos, the media player embedded in the web page of the Gaia Site displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from Gaia's video server over the network, the Gaia Site's adaptive bitrate streams are provided to the media player embedded in the web page of the Gaia Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC

8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Gaia Site operates a media player operating on a client device, which is configured to request Gaia's digital content from one or more servers via at least one TCP connection over the network.

Gaia's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Gaia Site. Gaia confirms that it provides videos to client devices through media players on its website. *Which devices are supported on Gaia?*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/223618027-Which-devices-are-supported-on-Gaia ("Once you decide which method you'll use to access Gaia at either Gaia.com, an App (i.e. Amazon APP, ROKU etc.) or with a Streaming Service (i.e. Amazon Prime, YouTube TV or Xfinity-Comcast), you'll enjoy streaming Gaia on all your devices associated with your membership."). Further, on information and belief, employees, affiliates, and/or agents of Gaia have tested and used the Gaia Site on devices in the U.S. during the relevant time period.

The one or more servers accessible to the client device through the embedded media player store streamlets corresponding to particular segments of a video, and each segment is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment
- YELLOW = variant streams

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

The URI **gaia.brightcovecdn.com** is affiliated with the below IP addresses:

```
PS C:\> nslookup gaia.brightcovecdn.com
Server:  HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:    dualstack.brightcove.map.fastly.net
Addresses:  2a04:4e42:200::539
          2a04:4e42::539
          2a04:4e42:400::539
          2a04:4e42:600::539
          151.101.194.27
          151.101.66.27
          151.101.130.27
          151.101.2.27
Aliases:  gaia.brightcovecdn.com
```

Windows PowerShell nslookup for gaia.brightcovecdn.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.2.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.130.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.194.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.66.27#ipresult shows this IP address associated with one or more servers in San Francisco, California.

Thus, the Gaia Site operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers, whose content is accessible by the client devices through a web page on the Gaia Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Gaia stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player embedded in the web page of the Gaia Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "The 900-Year Secret of the Knights Templar - Part 1," the client device made an HTTP GET request to **manifest.prod.boltdns.net** for a master manifest located at the following path: **/manifest/v2/hls/v7/aes128/avc1_mp4a/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/10s/master.m3u8?fastly_token=NmEyZGNhOTBfODAzZjY4ZGIxYjE5NWJiM2ViNzk1OGIyYjdmZDYzOTZlM2I2YTllNzE4MzIyYzc1ZGQwZmM3MjBmMTBiZWExZg%253D%253D** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[3]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-0",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/287c1657-b0f2-4bed-b9dd-

[3] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

0fb1b8d0cf99/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMjNmYjY0MDRiYjhjMmZkNGEyZTY0MDMyNGJkYTQzMTBmMTAyYTljNDFjZGI5OGFjMjVkOGUxNjk4Y2IzMjdiOA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,AUDIO="audio-0",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNGI1ZGY2MzE5MzA1ZDUxYWZlNTVlYWRjZjM2MmY2YjczNjJjMjc5MzI3YWIzMjZkM2JiN2RhODM2ZTNhNzFhYg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/iframe.m3u8?fastly_token=NmEyZGRhMjZfZDMxYjEwMDY1MDQ5OTdmMGI0YWNjYmY4MGFkYzdhNGVjYzBhNjkxMTRjZDNkOWYwZmJjNGNhN2RiMjgxZmVmZg%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-1",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/f29b42ce-293f-4ef2-9298-8de77bdceb77/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDc5YTE3MzIzZWU5OTY2ODk0NjYyNzQxN2Y5N2I3YWZhYmRkODVjYjEzNTNiOWJhYzhkMzQ2NDQwYTc1ZDIwZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,AUDIO="audio-1",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjk0MGRlOGY5ZWI0NjE5NjAyMzUwYzM4ZTk5MGIxNDFkMDk3NmVkYmFkZGY4OTIzZWExMzFhZTU1OWUwZWVjZQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/iframe.m3u8?fastly_token=NmEyZGRhMjZfNjg0MzA4ZmYwYWI1M2U4NWMwNDM2MDliOGI0ZGViMDY2MjhkYzE3NWQ4ODY5YjEwNzQ2NTQ5MDBmN2Q3MDU4OQ%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-2",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/49f40932-1740-41c3-897d-f4c40bb9b5e0/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDBjZmIzZWY2ZGM5OGRiNDUwZGFiY2IwNDM0N2M0OGRkMzUzM2Q2MjA5NGNlMDg5MDBiMzQyYzhjMjRjYzlmZg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,AUDIO="audio-2",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfY2YzZWJlNDM5Y2VhNzY1OGM3ODA1YWE5ZjE5YjQ4Zjk0YmU5OGU0NzVhYmUxZjhjNDgzZTgxMWQxOTEyZmY2MA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/iframe.m3u8?fastly_token=NmEyZGRhMjZfNzg0NGY1Njg5ZDIwZTUxNmViNTJmM2ZmYWIyY2ZmYWI5ZmRlMGM0Yjk0NDI1OTQzNTg3YjFmMmI3NGE5NGEyNw%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-3",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e5579988-5223-4aa2-b00b-0cad5e0cdeb6/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDZhOTBjOTY0NDViZjE4YWYwMjc3YzYzMGFhMjQ2MjQwNDYzYTZhNGJkZWU2OGVlNWEwNThkNmVjYmE1ZDAwNg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjMxMTFmMjYyYTI5ODhkZWJkMTM1MzkyODRkMTQ2OTU0M2FlZWFiYjRlODI0MjRlODQ3ODczMTU5YjYwMTkyMQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d

36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/iframe.m3u8?fastly_token=NmEyZGRhMjZfMTc3NTIwMDU0N2M0YjU4ZGU2OWI0ZTZkMDBkZjA5ZDRkN2Q0YjM1NDkzMmE3Y2EyZjZmMmJiNDdkNDBmMGFhZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZDdiNmFhZTBmYjkwNzk1Njg2Y2U2Y2NmNGQ1M2NhODJiYzM3YzczM2EwMjYwNjIwM2NlYjYzMDI1MWJlNDI2ZA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzI2OTk5ZGViZmQ3MmVjMGNmNzVlNmExN2QzODZkZTMxYjZkZDRjOWE5NTIwMmVlNWJlYWU0NTkxOGEzMzdiOQ%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjRlN2JhNDI2YzQ3NTlmMjZlN2I1YjZjZmNiMmRiNGM2NWVhMmI1MGRhZDRhN2Y5NTQxZTAwYTQyNDgwNTY1Yg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/iframe.m3u8?fastly_token=NmEyZGRhMjZfNmRlNTI3MDM0MTVmYjk4Yzg4MDM5NWYzYjI0ZDM1ZTI3OGU1NTg4OTA5MDc5Mjc2YWQyYmRhYjNmODlmYTU5OA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjExYTlkODI1ZWY3M2E5

| |
|---|
| YTY3YjRkNWJhZDNmMjRmZTBjNjZmNWRhMDEzMzYzMmQ3YmVmN2NkZjMxNGRiMGYwNw%3D%3D<br><br>#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzdiYzE4MTMyYzYwM2Y4ZjQxM2EzNjc0NDA4Njc2ZTE2NDhmZjE2YjhiZGNlN2FmODAyODUzNTQ0ZDkzOTViNQ%3D%3D" |

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[4] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **563200 Bandwidth** version can be

[4] URL path abbreviated for readability throughout.

considered a low-quality stream, the **1128600 Bandwidth** version can be considered a medium-quality stream, and the **2406800 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Gaia Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Gaia content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Gaia Site selects the **1128600 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Gaia Site. The Gaia Server(s) returns the playlist file with the contents below.

| |
|---|
| [5]#EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0 |

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 10.010 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Gaia Site selects the **563200 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Gaia Server(s) returns the playlist file for the **563200 Bandwidth** with the contents below.

#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

As with the variant playlist file for the **1128600 Bandwidth** version, the variant playlist file for the **563200 Bandwidth** version is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 10.010 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (identified by "segment[#].m4f") are the same duration across variant playlists. For example, the streamlet beginning "segment2.m4f" in the **1128600 Bandwidth** variant playlist and the streamlet beginning "segment2.m4f" in the **563200 Bandwidth** variant playlist each has a duration of 10.010 seconds and is equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Gaia uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[a] receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network,* |

As shown above in element 12[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.12[pre].

As explained above, the client devices executing the instructions from the Gaia Site requests (and is provided with) segments, or streamlets, from the one or more Gaia servers to display on the client device through the media player embedded in the web page of the Gaia Site.

The streamlets are communicated to the client device accessing the Gaia Site via an Internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing the Gaia Site requests streamlets from the one or more servers associated with Gaia via HTTP GET requests. The server(s) associated with the host URI (**gaia.brightcovecdn.com**) for the instant test video are identifiable at least at the following IP addresses:

```
PS C:\> nslookup gaia.brightcovecdn.com
Server:  HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:    dualstack.brightcove.map.fastly.net
Addresses:  2a04:4e42:200::539
          2a04:4e42::539
          2a04:4e42:400::539
          2a04:4e42:600::539
          151.101.194.27
          151.101.66.27
          151.101.130.27
          151.101.2.27
Aliases:  gaia.brightcovecdn.com
```

Thus, the limitations for this claim limitation are met. Gaia practices receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[b] wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server,* |

As shown above in elements 12[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[a].

As explained above, the one or more servers, whose content is accessible by the client devices through a web page on the Gaia Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Gaia stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

For example, the numerous variant streams of the video displayed by the media player embedded in the web page of the Gaia Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "The 900-Year Secret of the Knights Templar - Part 1," the client device made an HTTP GET request to **manifest.prod.boltdns.net** for a master manifest located at the following path: **/manifest/v2/hls/v7/aes128/avc1_mp4a/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/10s/master.m3u8?fastly_token=NmEyZGNhOTBfODAzZjY4ZGIxYjE5NWJiM2ViNzk1OGIyYjdmZDYzOTZlM2I2YTllNzE4MzIyYzc1ZGQwZmM3MjBmMTBiZWExZg%253D%253D** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

| |
|---|
| [6]#EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-0",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/287c1657-b0f2-4bed-b9dd-0fb1b8d0cf99/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMjNmYjY0MDRiYjhjMmZkNGEyZTY0MDMyNGJkYTQzMTBmMTAyYTljNDFjZGI5OGFjMjVkOGUxNjk4Y2IzMjdiOA%3D%3D"<br><br>#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,AUDIO="audio-0",CLOSED-CAPTIONS=NONE<br><br>https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNGI1ZGY2MzE5MzA1ZDUxYWZlNTVlYWRjZjM2MmY2YjczNjJjMjc5MzI3YWIzMjZkM2JiN2RhODM2ZTNhNzFhYg%3D%3D<br><br>#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/iframe.m3u8?fastly_token=NmEyZGRhMjZfZDMxYjEwMDY1MDQ5OTdmM |

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

GI0YWNjYmY4MGFkYzdhNGVjYzBhNjkxMTRjZDNkOWYwZmJjNGNhN2RiMjgxZmVmZg%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-1",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/f29b42ce-293f-4ef2-9298-8de77bdceb77/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDc5YTE3MzIzZWU5OTY2ODk0NjYyNzQxN2Y5N2I3YWZhYmRkODVjYjEzNTNiOWJhYzhkMzQ2NDQwYTc1ZDIwZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,AUDIO="audio-1",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjk0MGRlOGY5ZWI0NjE5NjAyMzUwYzM4ZTk5MGIxNDFkMDk3NmVkYmFkZGY4OTIzZWExMzFhZTU1OWUwZWVjZQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/iframe.m3u8?fastly_token=NmEyZGRhMjZfNjg0MzA4ZmYwYWI1M2U4NWMwNDM2MDliOGI0ZGViMDY2MjhkYzE3NWQ4ODY5YjEwNzQ2NTQ5MDBmN2Q3MDU4OQ%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-2",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/49f40932-1740-41c3-897d-f4c40bb9b5e0/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDBjZmIzZWY2ZGM5OGRiNDUwZGFiY2IwNDM0N2M0OGRkMzUzM2Q2MjA5NGNlMDg5MDBiMzQyYzhjMjRjYzlmZg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,AUDIO="audio-2",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfY2YzZWJlNDM5Y2VhNzY1OGM3ODA1YWE5ZjE5YjQ4Zjk0YmU5OGU0NzVhYmUxZjhjNDgzZTgxMWQxOTEyZmY2MA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-
ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,
URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d
36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-
aea6eb598879/iframe.m3u8?fastly_token=NmEyZGRhMjZfNzg0NGY1Njg5ZDIwZTUxNmVi
NTJmM2ZmYWIyY2ZmYWI5ZmRlMGM0Yjk0NDI1OTQzNTg3YjFmMmI3NGE5NGEyNw
%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-3",NAME="en
(Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="ht
tps://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-
43f9-90f8-a8d20b6a3b2d/e5579988-5223-4aa2-b00b-
0cad5e0cdeb6/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDZhOTBjOTY0NDViZjE4
YWYwMjc3YzYzMGFhMjQ2MjQwNDYzYTZhNGJkZWU2OGVlNWEwNThkNmVjYmE1Z
DAwNg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-
ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,
AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-
aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-
356a09c84824/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjMxMTFmMjYyYTI5ODh
kZWJkMTM1MzkyODRkMTQ2OTU0M2FlZWFiYjRlODI0MjRlODQ3ODczMTU5YjYwMT
kyMQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-
ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,
URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d
36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-
356a09c84824/iframe.m3u8?fastly_token=NmEyZGRhMjZfMTc3NTIwMDU0N2M0YjU4ZG
U2OWI0ZTZkMDBkZjA5ZDRkN2Q0YjM1NDkzMmE3Y2EyZjZmMmJiNDdkNDBmMGFhZ
A%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-
ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,
AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-
aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-
4c0980356790/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZDdiNmFhZTBmYjkwNzk1
Njg2Y2U2Y2NmNGQ1M2NhODJiYzM3YzczM2EwMjYwNjIwM2NlYjYzMDI1MWJlNDI2Z
A%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-
ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,
URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d

36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzI2OTk5ZGViZmQ3MmVjMGNmNzVlNmExN2QzODZkZTMxYjZkZDRjOWE5NTIwMmVlNWJlYWU0NTkxOGEzMzdiOQ%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjRlN2JhNDI2YzQ3NTlmMjZlN2I1YjZjZmNiMmRiNGM2NWVhMmI1MGRhZDRhN2Y5NTQxZTAwYTQyNDgwNTY1Yg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/iframe.m3u8?fastly_token=NmEyZGRhMjZfNmRlNTI3MDM0MTVmYjk4Yzg4MDM5NWYzYjI0ZDM1ZTI3OGU1NTg4OTA5MDc5Mjc2YWQyYmRhYjNmODlmYTU5OA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjExYTlkODI1ZWY3M2E5YTY3YjRkNWJhZDNmMjRmZTBjNjZmNWRhMDEzMzYzMmQ3YmVmN2NkZjMxNGRiMGYwNw%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzdiYzE4MTMyYzYwM2Y4ZjQxM2EzNjc0NDA4Njc2ZTE2NDhmZjE2YjhiZGNlN2FmODAyODUzNTQ0ZDkzOTViNQ%3D%3D"

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[7] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **563200 Bandwidth** version can be considered a low-quality stream, the **1128600 Bandwidth** version can be considered a medium-quality stream, and the **2406800 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Gaia Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Gaia content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

[7] URL path abbreviated for readability throughout.

As shown in the test data, the client device accessing the Gaia Site selects the **1128600 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Gaia Site. The Gaia Server(s) returns the playlist file with the contents below.

[8]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 10.010 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Gaia Site selects the **563200 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Gaia Server(s) returns the playlist file for the **563200 Bandwidth** with the contents below.

#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

As with the variant playlist file for the **1128600 Bandwidth** version, the variant playlist file for the **563200 Bandwidth** version is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 10.010 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (identified by "segment[#].m4f") are the same duration across variant playlists. For example, the streamlet beginning "segment2.m4f" in the **1128600 Bandwidth** variant playlist and the streamlet beginning "segment2.m4f" in the **563200 Bandwidth** variant playlist each has a duration of 10.010 seconds and is equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Gaia practices presenting a rate-adaptive stream, wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[c] wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation,* |

As shown above in elements 12[pre]-12[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[b].

Moreover, Gaia's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant test of a video titled "The 900-Year Secret of the Knights Templar - Part 1," the client device made an HTTP GET request to **manifest.prod.boltdns.net** for a master manifest located at the following path: **/manifest/v2/hls/v7/aes128/avc1_mp4a/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/10s/master.m3u8?fastly_token=NmEyZGNhOTBfODAzZjY4ZGIxYjE5NWJiM2ViNzk1OGIyYjdmZDYzOTZlM2I2YTllNzE4MzIyYzc1ZGQwZmM3MjBmMTBiZWExZg%253D%253D** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

| |
|---|
| [9]#EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-0",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/287c1657-b0f2-4bed-b9dd-0fb1b8d0cf99/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMjNmYjY0MDRiYjhjMmZkNGEyZTY0MDMyNGJkYTQzMTBmMTAyYTljNDFjZGI5OGFjMjVkOGUxNjk4Y2IzMjdiOA%3D%3D"<br><br>#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,AUDIO="audio-0",CLOSED-CAPTIONS=NONE<br><br>https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNGI1ZGY2MzE5MzA1ZDUxYWZlNTVlYWRjZjM2MmY2YjczNjJjMjc5MzI3YWIzMjZkM2JiN2RhODM2ZTNhNzFhYg%3D%3D<br><br>#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/iframe.m3u8?fastly_token=NmEyZGRhMjZfZDMxYjEwMDY1MDQ5OTdmMGI0YWNjYmY4MGFkYzdhNGVjYzBhNjkxMTRjZDNkOWYwZmJjNGNhN2RiMjgxZmVmZg%3D%3D"<br><br>#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-1",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/f29b42ce-293f-4ef2-9298-8de77bdceb77/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDc5YTE3MzIzZWU5OTY2ODk0NjYyNzQxN2Y5N2I3YWZhYmRkODVjYjEzNTNiOWJhYzhkMzQ2NDQwYTc1ZDIwZA%3D%3D" |

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,AUDIO="audio-1",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjk0MGRlOGY5ZWI0NjE5NjAyMzUwYzM4ZTk5MGIxNDFkMDk3NmVkYmFkZGY4OTIzZWExMzFhZTU1OWUwZWVjZQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/iframe.m3u8?fastly_token=NmEyZGRhMjZfNjg0MzA4ZmYwYWI1M2U4NWMwNDM2MDliOGI0ZGViMDY2MjhkYzE3NWQ4ODY5YjEwNzQ2NTQ5MDBmN2Q3MDU4OQ%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-2",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/49f40932-1740-41c3-897d-f4c40bb9b5e0/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDBjZmIzZWY2ZGM5OGRiNDUwZGFiY2IwNDM0N2M0OGRkMzUzM2Q2MjA5NGNlMDg5MDBiMzQyYzhjMjRjYzlmZg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,AUDIO="audio-2",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfY2YzZWJlNDM5Y2VhNzY1OGM3ODA1YWE5ZjE5YjQ4Zjk0YmU5OGU0NzVhYmUxZjhjNDgzZTgxMWQxOTEyZmY2MA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/iframe.m3u8?fastly_token=NmEyZGRhMjZfNzg0NGY1Njg5ZDIwZTUxNmViNTJmM2ZmYWIyY2ZmYWI5ZmRlMGM0Yjk0NDI1OTQzNTg3YjFmMmI3NGE5NGEyNw%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-3",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-

43f9-90f8-a8d20b6a3b2d/e5579988-5223-4aa2-b00b-0cad5e0cdeb6/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDZhOTBjOTY0NDViZjE4YWYwMjc3YzYzMGFhMjQ2MjQwNDYzYTZhNGJkZWU2OGVlNWEwNThkNmVjYmE1ZDAwNg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjMxMTFmMjYyYTI5ODhkZWJkMTM1MzkyODRkMTQ2OTU0M2FlZWFiYjRlODI0MjRlODQ3ODczMTU5YjYwMTkyMQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/iframe.m3u8?fastly_token=NmEyZGRhMjZfMTc3NTIwMDU0N2M0YjU4ZGU2OWI0ZTZkMDBkZjA5ZDRkN2Q0YjM1NDkzMmE3Y2EyZjZmMmJiNDdkNDBmMGFhZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZDdiNmFhZTBmYjkwNzk1Njg2Y2U2Y2NmNGQ1M2NhODJiYzM3YzczM2EwMjYwNjIwM2NlYjYzMDI1MWJlNDI2ZA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzI2OTk5ZGViZmQ3MmVjMGNmNzVlNmExN2QzODZkZTMxYjZkZDRjOWE5NTIwMmVlNWJlYWU0NTkxOGEzMzdiOQ%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjRlN2JhNDI2YzQ3NTlmM

jZlN2I1YjZjZmNiMmRiNGM2NWVhMmI1MGRhZDRhN2Y5NTQxZTAwYTQyNDgwNTY1Yg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/iframe.m3u8?fastly_token=NmEyZGRhMjZfNmRlNTI3MDM0MTVmYjk4Yzg4MDM5NWYzYjI0ZDM1ZTI3OGU1NTg4OTA5MDc5Mjc2YWQyYmRhYjNmODlmYTU5OA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjExYTlkODI1ZWY3M2E5YTY3YjRkNWJhZDNmMjRmZTBjNjZmNWRhMDEzMzYzMmQ3YmVmN2NkZjMxNGRiMGYwNw%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzdiYzE4MTMyYzYwM2Y4ZjQxM2EzNjc0NDA4Njc2ZTE2NDhmZjE2YjhiZGNlN2FmODAyODUzNTQ0ZDkzOTViNQ%3D%3D"

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[10] |
|---|---|
| 563200 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| 1128600 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |

[10] URL path abbreviated for readability throughout.

| **Bandwidth** | **Token**[10] |
|---|---|
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

As shown for example below, each of the **1128600 Bandwidth** and **563200 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [11]**Bandwidth** | **Streamlet** |
|---|---|
| **1128600 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010, |

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [11]Bandwidth | Streamlet |
|---|---|
| | https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br>[***] |
| **563200 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5- |

| [11]Bandwidth | Streamlet |
|---|---|
| | 4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br><br>[***] |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Gaia's server(s).

Each of the low-quality stream, medium-quality stream, and high-quality stream comprises a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams is an "encoding[] of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player executed by the instructions provided by the web page of the Gaia Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Thus, the limitations of this claim element are met. Gaia videos are stored on one or more servers associated with Gaia as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at one of multiple various bit rates. Each streamlet for each bit rate version of the video corresponds to a different portion of the video program.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[d] wherein the individually-requestable portions across the different copies yield the same portions of the digital content upon presentation, and wherein the receiving comprises:* |

As shown above in elements 12[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[c].

Moreover, Gaia videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams is stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270

- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[12] |
|---|---|
| 563200 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| 1128600 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| 2406800 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **563200 Bandwidth** version can be considered a low-quality stream, the **1128600 Bandwidth** version can be considered a medium-quality stream, and the **2406800 Bandwidth** version can be considered a high-quality stream.

As shown for example below, each of the **1128600 Bandwidth** and **563200 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [13]Bandwidth | Streamlet |
|---|---|
| **1128600 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6- |

[12] URL path abbreviated for readability throughout.

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [13]Bandwidth | Streamlet |
|---|---|
| | b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f |

| [13]Bandwidth | Streamlet |
|---|---|
| | #EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br><br>[***] |
| **563200 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- |

| 13Bandwidth | Streamlet |
|---|---|
| | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br><br>[***] |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Gaia's server(s).

Referring to the variant stream data shown above, segment 3 (…segment2.m4f) of the medium quality stream (7062269f-d30b-4aea-ac0c-aea6eb598879) yields 10.010 seconds of the video to be viewed, here "The 900-Year Secret of the Knights Templar - Part 1," and segment 3 (…segment2.m4f) of the low quality stream (05484b98-94b5-4240-8f26-996ab8cff02c) yields the same 10.010 seconds of the video to be viewed. Similarly, segment 4 (…segment3.m4f) of the medium quality stream (7062269f-d30b-4aea-ac0c-aea6eb598879) yields the next 10.010 seconds of the video, and segment 4 (…segment3.m4f) of the low quality stream (05484b98-94b5-4240-8f26-996ab8cff02c) yields the same next 10.010 seconds of the video. This correspondence continues for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

For the instant test, the client device requests and receives the streamlets corresponding to the portion of the video such that the video is viewed in continuous fashion. Below is an excerpt of the Microsoft Edge DevTools file showing the same alongside the status of the requests:

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [14]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8- | … | Complete |

[14] [14] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [14]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8- | … | Complete |

| [14]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

Thus, the limitations for this claim element are met. Gaia videos are stored on one or more servers associated with Gaia as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at one of multiple various bit rates. Each streamlet for each bit rate version of the video corresponds to a different portion of the video program. Similarly, the portion of the video corresponding to a particular streamlet is the same portion of the video corresponding to another streamlet at a different bit rate. For example, the portion of the video corresponding to the third streamlet in the low quality bit rate version of the test video yields the same portion of the video corresponding to the third streamlet in the high quality bit rate version.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[e] requesting by the client device a plurality of sequential individually-requestable portions of one of the copies from the at least one server;* |

As shown above in elements 12[pre]-12[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[d].

As explained above, the client device executing the instructions from the Gaia Site requests (and is provided with) segments, or streamlets, from the one or more Gaia servers to display on the client device through the media player executed by the instructions provided by the web page of the Gaia Site. The streamlets are communicated to the client device accessing the Gaia Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing the Gaia Site requests streamlets from the one or more servers associated with Gaia via HTTP GET requests. The server(s) associated with the host URI (**gaia.brightcovecdn.com**) for the instant test video are identifiable at the below IP addresses:


```
U:\>nslookup gaia.brightcovecdn.com
Server:   DALDC01.bakerbotts.net
Address:  10.200.254.81

Non-authoritative answer:
Name:     dualstack.brightcove.map.fastly.net
Addresses:  2a04:4e42:600::539
          2a04:4e42:200::539
          2a04:4e42::539
          2a04:4e42:400::539
          151.101.2.27
          151.101.130.27
          151.101.194.27
          151.101.66.27
Aliases:  gaia.brightcovecdn.com
```

Windows PowerShell nslookup for gaia.brightcovecdn.com (highlights added).

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also*

*id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| **Bandwidth** | **Token**[15] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the Microsoft Edge

[15] URL path abbreviated for readability throughout.

DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [16]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d- | … | Complete |

[16] [16] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [16]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | e7217ac25931/5x/segment9.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d- | … | Complete |

| [16]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | e7217ac25931/5x/segment14.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

Gaia's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Gaia Site, "[t]he client," which is the client device accessing the Gaia Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the

client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to play back normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Moreover, each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **index.min.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

Thus, the limitations for this claim element are met. Gaia videos are stored on one or more servers associated with Gaia as multiple different copies, each of which is comprised of individually-requestable segments encoded at one of multiple various bit rates. The client device accessing the Gaia Site requests the plurality of individually requestable streamlets from the one or more servers associated with the Gaia Site.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[f] automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies,* |

As shown above in elements 12[pre]-[e] which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[e].

As explained above, a client device accessing the Gaia Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Gaia. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Moreover, each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **index.min.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth

versions of the video program and returns the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See, e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| **Bandwidth** | **Token**[17] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

[17] URL path abbreviated for readability throughout.

For the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [18]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

[18] [18] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [18]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

| [18]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c- | … | Complete |

| [18]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | | |

Gaia's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Gaia Site, "[t]he client," which is the client device accessing the Gaia Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to play back normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. The client device accessing the Gaia Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Gaia Site based upon instructions communicated to the device by the Gaia Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[g] the automatically requesting including repeatedly generating a factor indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received, individually-requestable wherein the factor relates to a performance of the network; and* |

As shown above in elements 12[pre]-[f], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[f].

As explained above, the **player script** (**index.min.js**) provided for the instant test video instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version meeting criteria related to the client device's network connection and any delays. As part of this assessment, the *pm* function, among other functions called in the **player script**, repeatedly generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics relating to the performance of the network.

On information and belief, those factors are indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received and are compared to defined thresholds, whereupon the client device successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Thus, the limitations for this claim element are met.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[h] making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received,* |

As shown above in elements 12[pre]-[g], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[g].

The client device accessing the Gaia Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Gaia Site based upon instructions communicated to the device by the Gaia Site.

As explained in element 12[g], the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version meeting criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

Thus, the limitations for this claim element are met. Gaia uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[i] wherein the making of the successive determinations to change the requested bit rate comprises:*<br><br>*requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold; and* |

As shown above in elements 12[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[h].

As explained above, Gaia uses adaptive bitrate streaming to stream its videos, including the test video "The 900-Year Secret of the Knights Templar - Part 1." The client device accessing Gaia may access the plurality of videos in a playlist by making an HTTP GET request to Gaia.

Moreover, each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, the **player script**.

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

As explained in element 12[g], the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version meeting criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See, e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| **Bandwidth** | **Token**[19] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

[19] URL path abbreviated for readability throughout.

For the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [20]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

[20] [20] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [20]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [20]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c- | … | Complete |

| [20]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | | |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is greater than a first threshold, the client device executing the instructions from Gaia will request the individually-requestable streamlets from a higher bit rate version of the video.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[j] requesting a subsequent individually-requestable portion from a lower bit rate one of the different copies than the currently requested one of the different copies when the at least one factor is less than a second threshold; and* |

As shown above in elements 12[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[i].

As shown in the excerpt of the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [21]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

[21] [21] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| Method[21] | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d- | … | Complete |

- BLUE = media segment
- YELLOW = variant stream

| [21]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | e7217ac25931/5x/segment10.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d- | … | Complete |

| [21]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | e7217ac25931/5x/segment15.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is lower than a second threshold, the client device executing the instructions from Gaia will request the individually-requestable streamlets from a lower bit rate version of the video.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[k] arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.* |

As shown above in elements 12[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[j].

As shown for example below, each of the **1128600 Bandwidth** and **563200 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [22]**Bandwidth** | **Streamlet** |
|---|---|
| **1128600 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f |

[22] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream
- GREEN = timestamp

| [22]Bandwidth | Streamlet |
|---|---|
| | #EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br>[***] |
| **563200 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-MEDIA-SEQUENCE:0 |

| [22]Bandwidth | Streamlet |
|---|---|
| | #EXT-X-TARGETDURATION:10<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br>[***] |

When the client device accessing the Gaia Site requests streaming of a video hosted on the server at **gaia.brightcovecdn.com**, the video is played back in order of ascending playback time, as indicated by the sequential playing of Media Segments, shown below.

| [23]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98- | … | Complete |

[23] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [23]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98- | … | Complete |

| [23]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

For example, below is a screenshot of the client device accessing the Gaia Site during playback of the instant test video:




Thus, the limitations for this claim element are met. Gaia uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.