# EXHIBIT I

# EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,470,138[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Gaia Media LLC ("Gaia"), using the Gaia website, available at www.gaia.com ("Gaia Site"), that infringe at least claims 1 and 8 of U.S. Patent No. 11,470,138 ("the '138 Patent"). Upon information and belief, Gaia operates streaming services that infringe one or more claims of the '138 Patent (the "Accused Services"), including at least the Gaia Site.

The chart is exemplary and should not be read to limit the assertions of Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C. (collectively, "DISH") against Gaia as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Gaia infringes the claims below.

The following evidence and descriptions, including tests conducted on the Gaia Site, show that the Accused Services meet each element of at least claims 1 and 8 of the '138 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Gaia induces that performance by designing and operating the Gaia Site to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Gaia videos through the Gaia Site and related Gaia applications, including the support materials cited below. *See, e.g.*, *GAIA on my TV / Device and Tech Support*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/categories/203067127-GAIA-on-my-TV-Device-and-Tech-Support; *What is Gaia?*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/221752368-What-is-Gaia; *Gaia Subscription Plans, Pricing, Discounts, and Accepted Payments*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/28271540036891-Gaia-Subscription-Plans-Pricing-Discounts-and-Accepted-Payments.

To the extent DISH asserts contributory infringement, Gaia's Accused Services include ABR components that constitute material parts of the claimed invention, including client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage infrastructure, and HLS manifest and playlist delivery functionality. As deployed in the Gaia Site, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Gaia Site to claims 1 and 8 of the '138 Patent.

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '138 Patent addressed in that section unless otherwise indicated.

# I. U.S. Patent No. 11,470,138

## A. Claim 1

| |
|---|
| *1[pre] A system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet, the system comprising:* |

The Gaia Site provides information that permits a client device accessing the Gaia Site to output rate-adaptive streams received via fulfilled HTTP GET requests to one or more servers associated with Gaia connected to the client device via at least one TCP connection. Example client devices include personal computers, Macintosh computers, Apple iPhones, Apple iPads, Android phones, Android tablets, and smart TV devices equipped to access the internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of Gaia tested and used Gaia Site on devices in the U.S. during the relevant time period.

The images in this chart are from the Gaia Site accessed through a computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player embedded in the web page of, and executed based upon instructions given by Gaia, is available to run on content player devices supporting all the latest versions of major web browsers. *See, e.g.*, *GAIA on my TV / Device and Tech Support*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/categories/203067127-GAIA-on-my-TV-Device-and-Tech-Support.

Tests were conducted on videos offered over the Gaia Site executed on a personal computer. As part of the testing, a personal computer accessing the Gaia Site used Microsoft Edge DevTools, including DevTools Network data, to view the device's network traffic and to throttle the network's available bandwidth. Thus, the test simulated how the Gaia Site responded to lower and higher bandwidths. For the current test, a video titled "The 900-Year Secret of the Knights Templar - Part 1" was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 1024 kbps. As observed through the tests, when the user selects a video from the available videos, the media player embedded in the web page of the Gaia Site displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from Gaia's video server over the network, the Gaia Site's adaptive bitrate streams are provided to the media player embedded in the web page of the Gaia Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible

quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Gaia Site operates a media player operating on a client device, which is configured to request Gaia's digital content from one or more servers via at least one TCP connection over the network.

Gaia's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Gaia Site. Gaia confirms that it provides videos to client devices through media players on its website. *Which devices are supported on Gaia?*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/223618027-Which-devices-are-supported-on-Gaia ("Once you decide which method you'll use to access Gaia at either Gaia.com, an App (i.e. Amazon APP, ROKU etc.) or with a Streaming Service (i.e. Amazon Prime, YouTube TV or Xfinity-Comcast), you'll enjoy streaming Gaia on all your devices associated with your membership."). Further, on information and belief, employees, affiliates, and/or agents of Gaia have tested and used the Gaia Site on devices in the U.S. during the relevant time period.

As shown below for the streaming of the test video, a plurality of TCP connections is established to transmit video files from one or more servers to the End User Station. The End User Station accessing the Gaia Site requests streamlets from the one or more servers associated with Gaia via HTTP GET requests. The server(s) associated with the host URI (**gaia.brightcovecdn.com**) for the instant test video are identifiable at the below IP addresses:

```
PS C:\> nslookup gaia.brightcovecdn.com
Server:  HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:    dualstack.brightcove.map.fastly.net
Addresses:  2a04:4e42:200::539
          2a04:4e42::539
          2a04:4e42:400::539
          2a04:4e42:600::539
          151.101.194.27
          151.101.66.27
          151.101.130.27
          151.101.2.27
Aliases:  gaia.brightcovecdn.com
```

Windows PowerShell nslookup for gaia.brightcovecdn.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.2.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.130.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.194.27#ipresult shows this IP address associated

with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.66.27#ipresult shows this IP address associated with one or more servers in San Francisco, California.

The one or more servers accessible to the client device through the embedded media player store streamlets corresponding to particular segments of a video, and each segment is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

Thus, the limitations for this claim element are met. Gaia provides a method for presenting rate-adaptive streams.

To the extent Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because the Gaia Site performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[a] at least one storage device storing the video, wherein the video is digitally encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video, and* |

As shown above in element 1[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.1[pre].

The Gaia Servers include a video server with a storage device which the Gaia Site connect to. The storage device(s) store multiple different copies of the video encoded at different bit rates as multiple sets of streamlets, with each set being encoded at a respective one of the plurality different bit rates.

For example, Master Playlist files according to the HLS protocol identify "multiple different copies of the video encoded at different bit rates," which are referred to as Variant Streams in the context of HLS. RFC 8216 at 5 ("A Master Playlist provides a set of Variant Streams, each of which describes a different version of the same content."); see also RFC 8216 at 6 ("A Variant Stream includes a Media Playlist that specifies media encoded at a particular bit rate, in a particular format, and at a particular resolution for media containing video."); RFC 8216 at 42 ("A server MAY offer multiple Media Playlist files to provide different encodings of the same presentation. If it does so, it SHOULD provide a Master Playlist file that lists each Variant Stream to allow clients to switch between encodings dynamically."); RFC 8216 at 43 ("The server

MUST meet the following constraints when producing Variant Streams in order to allow clients to switch between them seamlessly … Each Variant Stream MUST present the same content.”). As shown below, the Master Playlist for the video provides a Uniform Resource Identifier (URI) identifying where the Media Playlist for each of the multiple Variant Streams is stored on the video server.

For example, in the instant test of a video titled “The 900-Year Secret of the Knights Templar - Part 1,” the client device made an HTTP GET request to **manifest.prod.boltdns.net** for a master manifest located at the following path: **/manifest/v2/hls/v7/aes128/avc1_mp4a/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/10s/master.m3u8?fastly_token=NmEyZGNhOTBfODAzZjY4ZGIxYjE5NWJiM2ViNzk1OGIyYjdmZDYzOTZlM2I2YTllNzE4MzIyYzc1ZGQwZmM3MjBmMTBiZWExZg%253D%253D** (hereafter referred to as the “**Master Manifest**” or “**master.m3u8**”). The Master Manifest returned the contents below.

[2]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-0",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/287c1657-b0f2-4bed-b9dd-0fb1b8d0cf99/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMjNmYjY0MDRiYjhjMmZkNGEyZTY0MDMyNGJkYTQzMTBmMTAyYTljNDFjZGI5OGFjMjVkOGUxNjk4Y2IzMjdiOA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,AUDIO="audio-0",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNGI1ZGY2MzE5MzA1ZDUxYWZlNTVlYWRjZjM2MmY2YjczNjJjMjc5MzI3YWIzMjZkM2JiN2RhODM2ZTNhNzFhYg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,U

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia’s operation and is not intended to limit DISH’s position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

RI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/iframe.m3u8?fastly_token=NmEyZGRhMjZfZDMxYjEwMDY1MDQ5OTdmMGI0YWNjYmY4MGFkYzdhNGVjYzBhNjkxMTRjZDNkOWYwZmJjNGNhN2RiMjgxZmVmZg%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-1",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/f29b42ce-293f-4ef2-9298-8de77bdceb77/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDc5YTE3MzIzZWU5OTY2ODk0NjYyNzQxN2Y5N2I3YWZhYmRkODVjYjEzNTNiOWJhYzhkMzQ2NDQwYTc1ZDIwZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,AUDIO="audio-1",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjk0MGRlOGY5ZWI0NjE5NjAyMzUwYzM4ZTk5MGIxNDFkMDk3NmVkYmFkZGY4OTIzZWExMzFhZTU1OWUwZWVjZQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/iframe.m3u8?fastly_token=NmEyZGRhMjZfNjg0MzA4ZmYwYWI1M2U4NWMwNDM2MDliOGI0ZGViMDY2MjhkYzE3NWQ4ODY5YjEwNzQ2NTQ5MDBmN2Q3MDU4OQ%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-2",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/49f40932-1740-41c3-897d-f4c40bb9b5e0/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDBjZmIzZWY2ZGM5OGRiNDUwZGFiY2IwNDM0N2M0OGRkMzUzM2Q2MjA5NGNlMDg5MDBiMzQyYzhjMjRjYzlmZg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,AUDIO="audio-2",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfY2YzZWJlNDM5Y2VhNzY

1OGM3ODA1YWE5ZjE5YjQ4Zjk0YmU5OGU0NzVhYmUxZjhjNDgzZTgxMWQxOTEyZmY2MA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/iframe.m3u8?fastly_token=NmEyZGRhMjZfNzg0NGY1Njg5ZDIwZTUxNmViNTJmM2ZmYWIyY2ZmYWI5ZmRlMGM0Yjk0NDI1OTQzNTg3YjFmMmI3NGE5NGEyNw%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-3",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e5579988-5223-4aa2-b00b-0cad5e0cdeb6/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDZhOTBjOTY0NDViZjE4YWYwMjc3YzYzMGFhMjQ2MjQwNDYzYTZhNGJkZWU2OGVlNWEwNThkNmVjYmE1ZDAwNg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjMxMTFmMjYyYTI5ODhkZWJkMTM1MzkyODRkMTQ2OTU0M2FlZWFiYjRlODI0MjRlODQ3ODczMTU5YjYwMTkyMQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/iframe.m3u8?fastly_token=NmEyZGRhMjZfMTc3NTIwMDU0N2M0YjU4ZGU2OWI0ZTZkMDBkZjA5ZDRkN2Q0YjM1NDkzMmE3Y2EyZjZmMmJiNDdkNDBmMGFhZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZDdiNmFhZTBmYjkwNzk1Njg2Y2U2Y2NmNGQ1M2NhODJiYzM3YzczM2EwMjYwNjIwM2NlYjYzMDI1MWJlNDI2ZA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzI2OTk5ZGViZmQ3MmVjMGNmNzVlNmExN2QzODZkZTMxYjZkZDRjOWE5NTIwMmVlNWJlYWU0NTkxOGEzMzdiOQ%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjRlN2JhNDI2YzQ3NTlmMjZlN2I1YjZjZmNiMmRiNGM2NWVhMmI1MGRhZDRhN2Y5NTQxZTAwYTQyNDgwNTY1Yg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/iframe.m3u8?fastly_token=NmEyZGRhMjZfNmRlNTI3MDM0MTVmYjk4Yzg4MDM5NWYzYjI0ZDM1ZTI3OGU1NTg4OTA5MDc5Mjc2YWQyYmRhYjNmODlmYTU5OA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjExYTlkODI1ZWY3M2E5YTY3YjRkNWJhZDNmMjRmZTBjNjZmNWRhMDEzMzYzMmQ3YmVmN2NkZjMxNGRiMGYwNw%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzdiYzE4MTMyYzYwM2Y4ZjQxM2EzNjc0NDA4Njc2ZTE2NDhmZjE2YjhiZGNlN2FmODAyODUzNTQ0ZDkzOTViNQ%3D%3D"

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[3] |
|---|---|
| 563200 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| 1128600 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| 2406800 Bandwidth | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

The video server stores "a plurality of different bit rates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream." The HLS protocol indicates that "[a] Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation." RFC 8216 at 4; *see also* RFC 8216 at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation.").

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either 0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as

3 URL path abbreviated for readability throughout.

timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Thus, each of the files or streamlets in a set must yield a different portion of the video on playback.

The files across the different copies yield the same portions of the video on playback because, for example, as set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43.

Further, "[m]atching content in Variant Streams MUST have matching timestamps" to allow the Gaia Site to synchronize the media. RFC 8216 at 43. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[b] wherein each streamlet in each group of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets;* |

As shown above in elements 1[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. See §§ A.1[pre]-[a].

HLS Media Segments encode the same video content at a plurality of different bitrates. RFC 8216 at 5-6. As shown in the excerpts of the master playlist file of the instant test, the video offered on the Gaia Site is encoded at different bitrates, including at least three bandwidth versions, each of which, when selected, returns at least a first and a second streamlet of the Gaia Site's video.

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **563200 Bandwidth** version can be considered a low-quality stream, the **1128600 Bandwidth** version can be considered a medium-quality stream, and the **2406800 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Gaia Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Gaia content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource

Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Gaia Site selects the **1128600 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Gaia Site. The Gaia Server(s) returns the playlist file with the contents below.

[4]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 10.010 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Gaia Site selects the **563200 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Gaia Server(s) returns the playlist file for the **563200 Bandwidth** with the contents below.

#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

As with the variant playlist file for the **1128600 Bandwidth** version, the variant playlist file for the **563200 Bandwidth** version is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 10.010 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "segment[#].m4f") are the same duration across variant playlists. For example, the streamlet beginning "segment2.m4f" in the **1128600 Bandwidth** variant playlist and the streamlet beginning "segment2.m4f" in the **563200 Bandwidth** variant playlist each has a duration of 10.010 seconds and is equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein each streamlet in each group of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

*1[c] wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and*

As shown above in elements 1[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

As shown above, at least one of the variant streams identified by the example **MasterManifest** is encoded at a bit rate of over 600 kbps. For example, the **1128600 Bandwidth** variant is encoded at an average bit rate of roughly 1130 kbps, which is more than 600 kpbs.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps.

To the extent Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because the Gaia Site performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[d] wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream, and* |

As shown above in elements 1[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

Each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, the Variant Streams are "encodings of the same presentation" (i.e., the same portion of the video) at different bitrates. RFC 8216 at 42. In the case of the first streamlet of the low, medium, and high quality streams, the same first portion of the video is encoded. Furthermore, the bitrate of the first streamlet in the low quality stream is necessarily lower than the bitrate of the first streamlet in the medium or high quality streams.

As shown for example below, each of the **1128600 Bandwidth** and **563200 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [5]Bandwidth | Streamlet |
|---|---|
| **1128600 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b- |

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [5]Bandwidth | Streamlet |
|---|---|
| | 4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-MEDIA-SEQUENCE:0<br>#EXT-X-TARGETDURATION:10<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f |

| [5]Bandwidth | Streamlet |
|---|---|
| | [***] |
| **563200 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010, |

| [5]Bandwidth | Streamlet |
|---|---|
| | https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br>[***] |

The variant playlist file is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 10.010 seconds long and return sequential segments of the video.

As with the variant playlist file for the **1128600 Bandwidth** version, the variant playlist file for the **563200 Bandwidth** version is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 10.010 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "segment[#].m4f") are the same duration across variant playlists. For example, the streamlet beginning "segment2.m4f" in the **1128600 Bandwidth** variant playlist and the streamlet beginning "segment2.m4f" in the **563200 Bandwidth** variant playlist each has a duration of 10.010 seconds and is equally distant in time from the first streamlet.

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Gaia's server(s).

Indeed, to adapt playback between different bitrate Variant Streams, the Gaia Site "can use the EXTINF durations and the constraints in Section 6.2.4 to determine the approximate location of corresponding media. Once media from the new Variant Stream has been loaded, the timestamps in the Media Segments can be used to synchronize the old and new timelines precisely." RFC 8216 at 47.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[e] wherein the first streamlet of the low quality stream encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.* |

As shown above in elements 1[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

Each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, the Variant Streams are "encodings of the same presentation" (i.e., the same portion of the video) at different bitrates. RFC 8216 at 42. In the case of the first streamlet of the low, medium, and high quality streams, the same first portion of the video is encoded. Furthermore, the bitrate of the first streamlet in the low quality stream is necessarily lower than the bitrate of the first streamlet in the medium or high quality streams.

As shown for example below, each of the **1128600 Bandwidth** and **563200 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [6]**Bandwidth** | **Streamlet** |
|---|---|
| **1128600 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/132420922 |

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [6]Bandwidth | Streamlet |
|---|---|
| | 5001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br><br>#EXTINF:10.010, |

| [6]Bandwidth | Streamlet |
|---|---|
| | https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br>[***] |
| **563200 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-MEDIA-SEQUENCE:0<br>#EXT-X-TARGETDURATION:10<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br>#EXTINF:10.010,<br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- |

| [6]Bandwidth | Streamlet |
|---|---|
| | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br><br>[***] |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Gaia's server(s).

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein the first streamlet of the low quality stream encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

B. Claim 8

Exemplary Infringement Chart for U.S. Patent No. 11,470,138

| | |
|---|---|
| *8[a]* | *The system of claim 1, further comprising:*<br><br>*a first web server configured to:* |

As shown above in elements 1[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e].

When executed, the Gaia Site operates a media player operating on a client device, which is configured to request Gaia's digital content from one or more servers via at least one TCP connection over the network.

Gaia's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Gaia Site. Gaia confirms that it provides videos to client devices through media players on its website, accessible at https://gaiasupportcenter.zendesk.com/hc/en-us/articles/223618027-Which-devices-are-supported-on-Gaia ("Once you decide which method you'll use to access Gaia at either Gaia.com, an App (i.e. Amazon APP, ROKU etc.) or with a Streaming Service (i.e. Amazon Prime, YouTube TV or Xfinity-Comcast), you'll enjoy streaming Gaia on all your devices associated with your membership."). Further, on information and belief, employees, affiliates, and/or agents of Gaia have tested and used the Gaia Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [7]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment
- YELLOW = variant streams

| [7]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 11,470,138

| [7]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

| [7]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

The URI **gaia.brightcovecdn.com** is affiliated with the below IP addresses:

```
PS C:\> nslookup gaia.brightcovecdn.com
Server:  HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:    dualstack.brightcove.map.fastly.net
Addresses:  2a04:4e42:200::539
          2a04:4e42::539
          2a04:4e42:400::539
          2a04:4e42:600::539
          151.101.194.27
          151.101.66.27
          151.101.130.27
          151.101.2.27
Aliases:  gaia.brightcovecdn.com
```

Windows PowerShell nslookup for gaia.brightcovecdn.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.2.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.130.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.194.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.66.27#ipresult shows this IP address associated with one or more servers in San Francisco, California.

Thus, the Gaia Site operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *8[b] receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bit rate version of the video;*<br><br>*retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and* |

As shown above in elements 1[pre]-[e] and 8[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e], B.8[a].

As explained above, a client device accessing the Gaia Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Gaia. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Moreover, each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **index.min.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See, e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| **Bandwidth** | **Token**[8] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

[8] URL path abbreviated for readability throughout.

For the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [9]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

[9] [9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [9]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

| [9]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c- | … | Complete |

| [9]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | | |

Gaia's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Gaia Site, "[t]he client," which is the client device accessing the Gaia Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet including (1) receiving at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bit rate version of the video and (2) retrieving from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *8[c] send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.* |

As shown above in elements 1[pre]-[e] and 8[a]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e], B.8[a]-[b].

As explained above, a client device accessing Gaia provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Gaia. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested

streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Moreover, each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **index.min.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, 1);
        return S.playlist
    }
    om("could not choose a playlist with options", 1);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See, e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| **Bandwidth** | **Token**[10] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

[10] URL path abbreviated for readability throughout.

For the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

[11] [11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 11,470,138

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c- | … | Complete |

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | | |

Gaia's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Gaia Site, "[t]he client," which is the client device accessing the Gaia Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

For example, below is a screenshot of the client device accessing the Gaia Site during playback of the instant test video:




Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet including sending the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.

To the extent that Gaia contends that the Gaia Site does not literally satisfy this claim or any limitation thereof, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.