# EXHIBIT J

## EXEMPLARY INFRINGEMENT CHART FOR U.S. Patent No. 10,469,554[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Gaia Media LLC ("Gaia"), using the Gaia website, available at www.gaia.com ("Gaia Site"), that infringe at least claim 7 of U.S. Patent No. 10,469,554 ("'554 Patent"). Upon information and belief, Gaia operates streaming services that infringe one or more claims of the '554 Patent (the "Accused Services"), including at least the Gaia Site.

The chart is exemplary and should not be read to limit the assertions of Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C. (collectively, "DISH") against Gaia as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Gaia infringes the claims below.

The following evidence and descriptions show that the Gaia Site meets each element of the aforementioned claim(s) of the '554 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Gaia induces that performance by designing and operating the Gaia Site to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Gaia videos through the Gaia Site and related Gaia applications, including the support materials cited below. *See, e.g.*, *GAIA on my TV / Device and Tech Support*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/categories/203067127-GAIA-on-my-TV-Device-and-Tech-Support; *What is Gaia?*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/221752368-What-is-Gaia; *Gaia Subscription Plans, Pricing, Discounts, and Accepted Payments*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/28271540036891-Gaia-Subscription-Plans-Pricing-Discounts-and-Accepted-Payments.

To the extent DISH asserts contributory infringement, the Gaia Site includes ABR components that constitute material parts of the claimed invention, including client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage infrastructure, and HLS manifest and playlist delivery functionality. As deployed in the Gaia Site, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Accused Services to claim 7 of the '554 Patent.

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '554 Patent addressed in that section unless otherwise indicated.

# I. U.S. Patent No. 10,469,554

## A. Claim 1

| *1[pre] A system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet, the system comprising:* |
| --- |

The Accused Services execute software that permits an end user station to perform rate-adaptive streams from a video server for playback of a video. The streams are obtained from servers owned or controlled by Gaia (Gaia Server(s)) over a network.

Gaia owns or operates, either individually or collectively, the Accused Services, including at least the Gaia Site, which provides information that permits a content player device to stream a video over a network from a server for playback of the video. The content player device and a client module may be part of an end user station ("End User Station"). On information and belief, the streams included live streams obtained from one or more servers affiliated with the Gaia Site over a network. The images in this chart are from the Gaia Site accessed through any computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player embedded in the web page of the Gaia Site is available to run on content player devices supporting all the latest versions of major web browsers. *See, e.g.*, *GAIA on my TV / Device and Tech Support*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/categories/203067127-GAIA-on-my-TV-Device-and-Tech-Support.

Tests were conducted on videos offered over the Gaia Site executed on a personal computer using Microsoft Edge. As part of the testing, Microsoft Edge DevTools was used to view the browser's Network data and to apply network throttling to simulate how the Gaia Site responded to lower and higher bandwidths. For the current test, a video titled "The 900-Year Secret of the Knights Templar - Part 1" was selected, and at various times throughout the playback of the video, Microsoft Edge DevTools Network throttling was used to restrict download speeds to 1024 kbps. This test video is a video-on-demand title used to demonstrate the adaptive-bitrate streaming mechanism (HLS manifests, multi-bitrate variant playlists, and segmented media files) that, on information and belief, Gaia employs equally for the live event video distributed through its Gaia+ subscription, as further described below. As observed through the tests, when the user selects a video from the available videos, the media player embedded in the web page of the Gaia Site displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from Gaia's video server over the network, the Gaia Site's adaptive bitrate streams are provided to the media player embedded in the web page of the Gaia Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible

quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Gaia Site operates a media player operating on a client device, which is configured to request Gaia's digital content from one or more servers via at least one TCP connection over the network.

Gaia's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Gaia Site. Gaia confirms that it provides videos to client devices through media players on its website. *Which devices are supported on Gaia?*, Gaia.com, https://gaiasupportcenter.zendesk.com/hc/en-us/articles/223618027-Which-devices-are-supported-on-Gaia ("Once you decide which method you'll use to access Gaia at either Gaia.com, an App (i.e. Amazon APP, ROKU etc.) or with a Streaming Service (i.e. Amazon Prime, YouTube TV or Xfinity-Comcast), you'll enjoy streaming Gaia on all your devices associated with your membership."). Further, on information and belief, employees, affiliates, and/or agents of Gaia have tested and used the Gaia Site on devices in the U.S. during the relevant time period.

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See id.* at 32 ("Each Representation consists of one or more Segments…Segments contain media data and/or metadata to access, decode, and present the included media content."); *id.* at 52 ("Representations in two or more Adaptation Sets may provide the same content. In addition, the content may be time-aligned and may be offered such that seamless switching across Representations in different Adaptation Sets is simplified."); *id.* at 54 ("Each Representation includes one or more media streams, where each media stream is an encoded version of one media content component. A Representation consists of one or more Segments."). *See also* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8- | … | Complete |

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment
- YELLOW = variant streams

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8- | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8- | … | Complete |

| [2]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

The URI **gaia.brightcovecdn.com** is affiliated with the below IP addresses:

```
PS C:\> nslookup gaia.brightcovecdn.com
Server:  HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:    dualstack.brightcove.map.fastly.net
Addresses:  2a04:4e42:200::539
          2a04:4e42::539
          2a04:4e42:400::539
          2a04:4e42:600::539
          151.101.194.27
          151.101.66.27
          151.101.130.27
          151.101.2.27
Aliases:  gaia.brightcovecdn.com
```

Windows PowerShell nslookup for gaia.brightcovecdn.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.2.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.130.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.194.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.66.27#ipresult shows this IP address associated with one or more servers in San Francisco, California.

The numerous variant streams of the video displayed by the media player embedded in the web page of the Gaia Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "The 900-Year Secret of the Knights Templar - Part 1," the client device made an HTTP GET request to **manifest.prod.boltdns.net** for a master manifest located at the following path: **/manifest/v2/hls/v7/aes128/avc1_mp4a/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/10s/master.m3u8?fastly_token=NmEyZGNhOTBfODAzZjY4ZGIxYjE5NWJiM2ViNzk1OGIyYjdmZDYzOTZlM2I2YTllNzE4MzIyYzc1ZGQwZmM3MjBmMTBiZWExZg%253D%253D** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[3]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-0",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/287c1657-b0f2-4bed-b9dd-0fb1b8d0cf99/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMjNmYjY0MDRiYjhjMmZkNGEyZTY0MDMyNGJkYTQzMTBmMTAyYTljNDFjZGI5OGFjMjVkOGUxNjk4Y2IzMjdiOA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,AUDIO="audio-0",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-

[3] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

6eeedf24b6b1/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNGI1ZGY2MzE5MzA1ZDUxYWZlNTVlYWRjZjM2MmY2YjczNjJjMjc5MzI3YWIzMjZkM2JiN2RhODM2ZTNhNzFhYg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/iframe.m3u8?fastly_token=NmEyZGRhMjZfZDMxYjEwMDY1MDQ5OTdmMGI0YWNjYmY4MGFkYzdhNGVjYzBhNjkxMTRjZDNkOWYwZmJjNGNhN2RiMjgxZmVmZg%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-1",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/f29b42ce-293f-4ef2-9298-8de77bdceb77/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDc5YTE3MzIzZWU5OTY2ODk0NjYyNzQxN2Y5N2I3YWZhYmRkODVjYjEzNTNiOWJhYzhkMzQ2NDQwYTc1ZDIwZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,AUDIO="audio-1",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjk0MGRlOGY5ZWI0NjE5NjAyMzUwYzM4ZTk5MGIxNDFkMDk3NmVkYmFkZGY4OTIzZWExMzFhZTU1OWUwZWVjZQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/iframe.m3u8?fastly_token=NmEyZGRhMjZfNjg0MzA4ZmYwYWI1M2U4NWMwNDM2MDliOGI0ZGViMDY2MjhkYzE3NWQ4ODY5YjEwNzQ2NTQ5MDBmN2Q3MDU4OQ%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-2",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/49f40932-1740-41c3-897d-f4c40bb9b5e0/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDBjZmIzZWY2ZGM5OGRiNDUwZGFiY2IwNDM0N2M0OGRkMzUzM2Q2MjA5NGNlMDg5MDBiMzQyYzhjMjRjYzlmZg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,AUDIO="audio-2",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfY2YzZWJlNDM5Y2VhNzY1OGM3ODA1YWE5ZjE5YjQ4Zjk0YmU5OGU0NzVhYmUxZjhjNDgzZTgxMWQxOTEyZmY2MA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/iframe.m3u8?fastly_token=NmEyZGRhMjZfNzg0NGY1Njg5ZDIwZTUxNmViNTJmM2ZmYWIyY2ZmYWI5ZmRlMGM0Yjk0NDI1OTQzNTg3YjFmMmI3NGE5NGEyNw%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-3",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e5579988-5223-4aa2-b00b-0cad5e0cdeb6/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDZhOTBjOTY0NDViZjE4YWYwMjc3YzYzMGFhMjQ2MjQwNDYzYTZhNGJkZWU2OGVlNWEwNThkNmVjYmE1ZDAwNg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjMxMTFmMjYyYTI5ODhkZWJkMTM1MzkyODRkMTQ2OTU0M2FlZWFiYjRlODI0MjRlODQ3ODczMTU5YjYwMTkyMQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/iframe.m3u8?fastly_token=NmEyZGRhMjZfMTc3NTIwMDU0N2M0YjU4ZGU2OWI0ZTZkMDBkZjA5ZDRkN2Q0YjM1NDkzMmE3Y2EyZjZmMmJiNDdkNDBmMGFhZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZDdiNmFhZTBmYjkwNzk1Njg2Y2U2Y2NmNGQ1M2NhODJiYzM3YzczM2EwMjYwNjIwM2NlYjYzMDI1MWJlNDI2ZA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzI2OTk5ZGViZmQ3MmVjMGNmNzVlNmExN2QzODZkZTMxYjZkZDRjOWE5NTIwMmVlNWJlYWU0NTkxOGEzMzdiOQ%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjRlN2JhNDI2YzQ3NTlmMjZlN2I1YjZjZmNiMmRiNGM2NWVhMmI1MGRhZDRhN2Y5NTQxZTAwYTQyNDgwNTY1Yg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/iframe.m3u8?fastly_token=NmEyZGRhMjZfNmRlNTI3MDM0MTVmYjk4Yzg4MDM5NWYzYjI0ZDM1ZTI3OGU1NTg4OTA5MDc5Mjc2YWQyYmRhYjNmODlmYTU5OA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjExYTlkODI1ZWY3M2E5YTY3YjRkNWJhZDNmMjRmZTBjNjZmNWRhMDEzMzYzMmQ3YmVmN2NkZjMxNGRiMGYwNw%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzdiYzE4MTMyYzYwM2Y4ZjQx

M2EzNjc0NDA4Njc2ZTE2NDhmZjE2YjhiZGNlN2FmODAyODUzNTQ0ZDkzOTViNQ%3D%3D"

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[4] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **563200 Bandwidth** version can be considered a low-quality stream, the **1128600 Bandwidth** version can be considered a medium-quality stream, and the **2406800 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Gaia Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Gaia content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See*

[4] URL path abbreviated for readability throughout.

RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Gaia Site selects the **1128600 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Gaia Site. The Gaia Server(s) returns the playlist file with the contents below.

[5]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 10.010 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Gaia Site selects the **563200 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Gaia Server(s) returns the playlist file for the **563200 Bandwidth** with the contents below.

#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-

e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

As with the variant playlist file for the **1128600 Bandwidth** version, the variant playlist file for the **563200 Bandwidth** version is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 10.010 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (identified by "segment[#].m4f") are the same duration across variant playlists. For example, the streamlet beginning "segment2.m4f" in the **1128600 Bandwidth** variant playlist and the streamlet beginning "segment2.m4f" in the **563200 Bandwidth** variant playlist each has a duration of 10.010 seconds and is equally distant in time from the first streamlet.

As shown in the excerpt of the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [6]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c- | … | Complete |

[6] [6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [6]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [6]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

| [6]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

The streamlets in the requests indicate that the requested segments are sequential and output on the client device in a continuous fashion.

Gaia's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of Gaia, "[t]he client," which is the client device accessing Gaia, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Moreover, each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **index.min.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

On information and belief, Gaia provides and/or instructs users to access live event videos via its Gaia+ subscription. *See, e.g.*, Gaia+, Gaia.com, https://www.gaia.com/gaia-plus ("Livestream immersive workshops and events"); Channeling Conference, Gaia.com ("Be in the room with live transmissions of the channeled wisdom needed to navigate global shifts and ignite bold, inspired action in your own life.") https://www.gaia.com/gaia-plus/channeling-event-september-2026. Upon information and belief, users subscribed to Gaia+, which is offered on the Gaia Site, are able to livestream workshops and events. Upon information and belief, the live video content accessible through Gaia's website employs the same ABR streaming mechanism (HLS manifests, multi-bitrate variant playlists, and the segmented media files) demonstrated by the VOD testing described above. The network-capture evidence—showing .m3u8 manifests referencing multiple quality levels and sequential .m4f segment requests—applies equally to live streams distributed through the Gaia Site.

Thus, Gaia operates a system for-adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| | |
|---|---|
| *1[a]* | *at least one storage device storing live event video,* |

As shown above in element 1[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.1[pre].

Gaia is supported by at least one storage device storing live event video, the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream.

An End User Station running Gaia uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Gaia content.

The Media Playlist for each of the Variant Streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [7]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d- | … | Complete |

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment
- YELLOW = variant streams

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [7]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | e7217ac25931/5x/segment9.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d- | … | Complete |

| [7]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | e7217ac25931/5x/segment14.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet including at least one storage device storing live event video.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[b] the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream,* |

As shown above in elements 1[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

As explained above, end users' devices access the Gaia Site. Example End User Stations include personal computers, Macintosh computers, personal mobile phones or tablets, Smart TVs, and streaming devices such as Apple TV, Roku, Amazon Fire TV, and Android TV equipped to access the internet via one or more network connections. The end users' devices include a processor configured to enable video streaming.

Through the established internet connection, the devices running Gaia access videos that are stored on one or more servers for display on the devices using a media player. When a video file is selected to be shown, the End User Station accessing Gaia requests and receives a playlist file from Gaia's server(s) showing the available versions of the program at different resolutions, otherwise known as a "Master Playlist," "Master Manifest," or "manifest."

According to the HLS protocol, Master Playlist files identify a "plurality of groups of streamlets," which are referred to as Variant Streams in the context of HLS. RFC 8216 at 5 ("A Master Playlist provides a set of Variant Streams, each of which describes a different version of the same content."); *see also* RFC 8216 at 6 ("A Variant Stream includes a Media Playlist that specifies media encoded at a particular bitrate, in a particular format, and at a particular resolution for media containing video."); RFC 8216 at 42 ("A server MAY offer multiple Media Playlist files to provide different encodings of the same presentation. If it does so, it SHOULD provide a Master Playlist file that lists each Variant Stream to allow clients to switch between encodings dynamically."); RFC 8216 at 43 ("The server MUST meet the following constraints when producing Variant Streams in order to allow clients to switch between them seamlessly … Each Variant Stream MUST present the same content."). As shown below, the Master Playlist for the video provides a Uniform Resource Identifier ("URI") identifying where the Media Playlist for each of the multiple Variant Streams is "stored on Gaia's video server." HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to a TCP connection.

In the instant test of a video titled "The 900-Year Secret of the Knights Templar - Part 1," a personal computer accessing the Gaia Site through a web browser made an HTTP GET request to **manifest.prod.boltdns.net** for the **Master Manifest**, which returned the contents below.

[8]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-0",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/287c1657-b0f2-4bed-b9dd-0fb1b8d0cf99/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMjNmYjY0MDRiYjhjMmZkNGEyZTY0MDMyNGJkYTQzMTBmMTAyYTljNDFjZGI5OGFjMjVkOGUxNjk4Y2IzMjdiOA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,AUDIO="audio-0",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNGI1ZGY2MzE5MzA1ZDUxYWZlNTVlYWRjZjM2MmY2YjczNjJjMjc5MzI3YWIzMjZkM2JiN2RhODM2ZTNhNzFhYg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=872300,CODECS="mp4a.40.2,avc1.42001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d519f960-099b-443c-838a-6eeedf24b6b1/iframe.m3u8?fastly_token=NmEyZGRhMjZfZDMxYjEwMDY1MDQ5OTdmMGI0YWNjYmY4MGFkYzdhNGVjYzBhNjkxMTRjZDNkOWYwZmJjNGNhN2RiMjgxZmVmZg%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-1",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/f29b42ce-293f-4ef2-9298-8de77bdceb77/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDc5YTE3MzIzZWU5OTY2ODk0NjYyNzQxN2Y5N2I3YWZhYmRkODVjYjEzNTNiOWJhYzhkMzQ2NDQwYTc1ZDIwZA%3D%3D"

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,AUDIO="audio-1",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjk0MGRlOGY5ZWI0NjE5NjAyMzUwYzM4ZTk5MGIxNDFkMDk3NmVkYmFkZGY4OTIzZWExMzFhZTU1OWUwZWVjZQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=563200,CODECS="mp4a.40.2,avc1.420015",RESOLUTION=480x270,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/iframe.m3u8?fastly_token=NmEyZGRhMjZfNjg0MzA4ZmYwYWI1M2U4NWMwNDM2MDliOGI0ZGViMDY2MjhkYzE3NWQ4ODY5YjEwNzQ2NTQ5MDBmN2Q3MDU4OQ%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-2",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/49f40932-1740-41c3-897d-f4c40bb9b5e0/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDBjZmIzZWY2ZGM5OGRiNDUwZGFiY2IwNDM0N2M0OGRkMzUzM2Q2MjA5NGNlMDg5MDBiMzQyYzhjMjRjYzlmZg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,AUDIO="audio-2",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfY2YzZWJlNDM5Y2VhNzY1OGM3ODA1YWE5ZjE5YjQ4Zjk0YmU5OGU0NzVhYmUxZjhjNDgzZTgxMWQxOTEyZmY2MA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1128600,CODECS="mp4a.40.2,avc1.4d001e",RESOLUTION=640x360,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/iframe.m3u8?fastly_token=NmEyZGRhMjZfNzg0NGY1Njg5ZDIwZTUxNmViNTJmM2ZmYWIyY2ZmYWI5ZmRlMGM0Yjk0NDI1OTQzNTg3YjFmMmI3NGE5NGEyNw%3D%3D"

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio-3",NAME="en (Main)",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-

43f9-90f8-a8d20b6a3b2d/e5579988-5223-4aa2-b00b-0cad5e0cdeb6/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfMDZhOTBjOTY0NDViZjE4YWYwMjc3YzYzMGFhMjQ2MjQwNDYzYTZhNGJkZWU2OGVlNWEwNThkNmVjYmE1ZDAwNg%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjMxMTFmMjYyYTI5ODhkZWJkMTM1MzkyODRkMTQ2OTU0M2FlZWFiYjRlODI0MjRlODQ3ODczMTU5YjYwMTkyMQ%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=1525700,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e2ebaf05-f22c-492d-8245-356a09c84824/iframe.m3u8?fastly_token=NmEyZGRhMjZfMTc3NTIwMDU0N2M0YjU4ZGU2OWI0ZTZkMDBkZjA5ZDRkN2Q0YjM1NDkzMmE3Y2EyZjZmMmJiNDdkNDBmMGFhZA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZDdiNmFhZTBmYjkwNzk1Njg2Y2U2Y2NmNGQ1M2NhODJiYzM3YzczM2EwMjYwNjIwM2NlYjYzMDI1MWJlNDI2ZA%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2076800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=960x540,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/160979c7-2a99-40f0-9667-4c0980356790/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzI2OTk5ZGViZmQ3MmVjMGNmNzVlNmExN2QzODZkZTMxYjZkZDRjOWE5NTIwMmVlNWJlYWU0NTkxOGEzMzdiOQ%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfNjRlN2JhNDI2YzQ3NTlmM

jZlN2I1YjZjZmNiMmRiNGM2NWVhMmI1MGRhZDRhN2Y5NTQxZTAwYTQyNDgwNTY1Yg%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=2406800,CODECS="mp4a.40.2,avc1.4d001f",RESOLUTION=1280x720,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/iframe.m3u8?fastly_token=NmEyZGRhMjZfNmRlNTI3MDM0MTVmYjk4Yzg4MDM5NWYzYjI0ZDM1ZTI3OGU1NTg4OTA5MDc5Mjc2YWQyYmRhYjNmODlmYTU5OA%3D%3D"

#EXT-X-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,AUDIO="audio-3",CLOSED-CAPTIONS=NONE

https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/10s/rendition.m3u8?fastly_token=NmEyZGRhMjZfZjExYTlkODI1ZWY3M2E5YTY3YjRkNWJhZDNmMjRmZTBjNjZmNWRhMDEzMzYzMmQ3YmVmN2NkZjMxNGRiMGYwNw%3D%3D

#EXT-X-I-FRAME-STREAM-INF:PROGRAM-ID=0,BANDWIDTH=4052400,CODECS="mp4a.40.2,avc1.640028",RESOLUTION=1920x1080,URI="https://manifest.prod.boltdns.net/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/6a2634e2-4237-4e5a-a3ce-fb07a3b2d1a3/iframe.m3u8?fastly_token=NmEyZGRhMjZfYzdiYzE4MTMyYzYwM2Y4ZjQxM2EzNjc0NDA4Njc2ZTE2NDhmZjE2YjhiZGNlN2FmODAyODUzNTQ0ZDkzOTViNQ%3D%3D"

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[9] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |

[9] URL path abbreviated for readability throughout.

| | |
|---|---|
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **563200 Bandwidth** version can be considered a low-quality stream, the **1128600 Bandwidth** version can be considered a medium-quality stream, and the **2406800 Bandwidth** version can be considered a high-quality stream.

On information and belief, other videos offered to Gaia viewers are similarly encoded at multiple resolutions, hosted on one or more servers, and accessed through HTTP GET Requests by end users' devices.

The video server stores "a plurality of different bit rates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream." The HLS protocol indicates that "[a] Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation." RFC 8216 at 4; *see also* RFC 8216 at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation.").

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either 0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Thus, each of the files or streamlets in a set must yield a different portion of the video on playback.

The files across the different copies yield the same portions of the video on playback because, for example, as set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43.

Further, "[m]atching content in Variant Streams MUST have matching timestamps" to allow the Gaia Site to synchronize the media. RFC 8216 at 43. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

On information and belief, Gaia provides and/or instructs users to access live event videos via its Gaia+ subscription. Upon information and belief, users subscribed to Gaia+, which is

offered on the Gaia Site, are able to livestream workshops and events. Upon information and belief, the live video content accessible through Gaia's website employs the same ABR streaming mechanism (HLS manifests, multi-bitrate variant playlists, and the segmented media files) demonstrated by the VOD testing described above. The network-capture evidence—showing .m3u8 manifests referencing multiple quality levels and sequential .m4f segment requests—applies equally to live streams distributed through the Gaia Site.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the live event video is encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[c] the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video;* |

As shown above in elements 1[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

HLS Media Segments encode the same video content at a plurality of different bitrates. RFC 8216 at 5-6. As shown in the excerpts of the master playlist file of the instant test, the video offered on Gaia's Site is encoded at different bitrates, including at least three bandwidth versions, each of which, when selected, returns at least a first and a second streamlets of the Gaia Site's video. Furthermore, each streamlet returned corresponds to a portion of the Gaia Site's video such that, when streamed in sequence, the streamlets display the live event video to the end user.

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **563200 Bandwidth** version can be considered a low-quality stream, the **1128600 Bandwidth** version can be considered a medium-quality stream, and the **2406800 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Gaia Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Gaia content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of

Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.”).

As shown in the test data, the client device accessing the Gaia Site selects the **1128600 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Gaia Site. The Gaia Server(s) returns the playlist file with the contents below.

[10]#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

---

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia’s operation and is not intended to limit DISH’s position with respect to how Gaia practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 10.010 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Gaia Site selects the **563200 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Gaia Server(s) returns the playlist file for the **563200 Bandwidth** with the contents below.

#EXTM3U

#EXT-X-VERSION:7

#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTBhZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4

#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-MEDIA-SEQUENCE:0

#EXT-X-TARGETDURATION:10

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f

#EXTINF:10.010,

https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f

[***]

As with the variant playlist file for the **1128600 Bandwidth** version, the variant playlist file for the **563200 Bandwidth** version is an HLS playlist. Each line in the file path "/manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 10.010 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (identified by "segment[#].m4f") are the same duration across variant playlists. For example, the streamlet beginning "segment2.m4f" in the **1128600 Bandwidth** variant playlist and the streamlet beginning "segment2.m4f" in the **563200 Bandwidth** variant playlist each has a duration of 10.010 seconds and is equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the low quality stream, the medium quality stream, and the high quality stream each includes a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets includes at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[d] wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and* |

As shown above in elements 1[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

As shown above for element 1[c], at least one of the variant streams identified by the example Master Manifest are encoded at a bit rate of over 600 kbps. For example, the **1128600 Bandwidth** variant is encoded at an average bitrate of roughly 1130 kbps, which is more than 600 kbps.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[e] wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream, and* |

As shown above in elements 1[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

"The duration of each [HLS] Media Segment is indicated in the Media Playlist by its EXTINF tag." RFC 8216 at 6. As shown in the excerpt of the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

[11] [11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36- | … | Complete |

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | | |

As noted above, the variant playlist file is an HLS playlist. Each line in the file that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. In the present test, the End User Station uses HTTP GET requests to request and retrieve the segments of the encoded stream specified in the file above. The video files are hosted at **gaia.brightcovecdn.com**, and most of the streamlets, with a few exceptions, are 10.010 seconds long.

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Gaia's server(s).

Indeed, to adapt playback between different bitrate Variant Streams, the Gaia Site uses the "durations and the constraints in Section 6.2.4 to determine the approximate location of corresponding media. Once media from the new Variant Stream has been loaded, the timestamps in the Media Segments can be used to synchronize the old and new timelines precisely." RFC 8216 at 47.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[f] wherein the first streamlet of the low quality stream encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.* |

As shown above in elements 1[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e].

Each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, the Variant Streams are "encodings of the same presentation" (i.e., the same portion of the video) at different bitrates. RFC 8216 at 42. In the case of the first streamlet of the low, medium,

and high quality streams, the same first portion of the video is encoded. Furthermore, the bitrate of the first streamlet in the low quality stream is necessarily different from (i.e., lower than) the bitrate of the first streamlet in the medium or high quality streams.

As shown for example below, each of the **1128600 Bandwidth** and **563200 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [12]Bandwidth | Streamlet |
|---|---|
| **1128600 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhMjZfNDY2MDg3NmQ3NmFjYmNjYTQ5MGIyMzk2ZjA2MmVmYmJjYThiYzY5OWUyM2JjYTdkMmYzMDVmMWNjY2Q2Zjk1MA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f |

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| | |
|---|---|
| | #EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br><br>[***] |
| **563200 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:7<br><br>#EXT-X-KEY:METHOD=AES-128,URI="https://manifest.prod.boltdns.net/license/v1/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/e957634b-6a80-40e6-b19d-e7217ac25931?fastly_token=NmEyZGRhNDhfZDZlOWNmYjMxOWQ3MGM0YzUzODU2ODJmOThjMjQ3MjA0ZWEyZDhlODA3MTdkOTB |

| | |
|---|---|
| | hZTc3NjAzM2ZmYmUzZGNmNA%3D%3D",IV=0xdb9d69d96ec08a7de38bbd163f8200e4<br><br>#EXT-X-MAP:URI="https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/init.m4f"<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-MEDIA-SEQUENCE:0<br><br>#EXT-X-TARGETDURATION:10<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment0.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment1.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment2.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment3.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- |

| | |
|---|---|
| | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment4.m4f<br><br>#EXTINF:10.010,<br><br>https://gaia.brightcovecdn.com/media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment5.m4f<br><br>[***] |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Gaia's server(s).

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the first streamlet of the low quality stream encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

B. Claim 7

| |
|---|
| *7[a] The system of claim 1, further comprising:*<br><br>*a first web server configured to:* |

As shown above in elements 1[pre]-[f], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f].

The Gaia Site includes a media player configured to stream the video from one or more servers via at least one TCP connection over the network. Furthermore, Transmission Control Protocol ("TCP") is generally a communications standard used to provide reliable transfer of data files by prioritizing the ordered delivery of files (and/or sub-parts of files) from a server to a requesting client device. A single discrete TCP "connection" can be established between an end user client device and a first server. A separate TCP connection can be established, for example, by TCP communication between the same client device and a different server. Separate TCP connections are also possible between the same client device and the same server by using different ports to communicate.

During streaming of a video, a plurality of TCP connections are established to transmit video files from one or more servers to the End User Station. The End User Station accessing the Gaia Site evaluates the established TCP connections to determine if transmission of the files has been duplicated, delayed, lost, or is out of sequence. If so, the End User Station accessing the Gaia Site makes requests to the server to retransmit the files that may be out of order, lower resolutions than acceptable, or lost. Once the End User Station accessing the Gaia Site determines that it has received the files over the TCP connections such that they may be played in the appropriate order, the files are accordingly played back on the End User Station in, for example, ascending chronological order.

For example, in the instant test of a video titled "The 900-Year Secret of the Knights Templar - Part 1," the End User Station made an HTTP GET request to **gaia.brightcovecdn.com** for a master manifest, as well as multiple other such requests to retrieve streamlets from multiple servers associated with the Gaia Site. The below image, taken from the End User Station streaming the test video, shows the IP addresses of multiple servers affiliated with the host URI, "**gaia.brightcovecdn.com**," and from which streamlets are provided:

```
PS C:\> nslookup gaia.brightcovecdn.com
Server:  HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:    dualstack.brightcove.map.fastly.net
Addresses:  2a04:4e42:200::539
          2a04:4e42::539
          2a04:4e42:400::539
          2a04:4e42:600::539
          151.101.194.27
          151.101.66.27
          151.101.130.27
          151.101.2.27
Aliases:  gaia.brightcovecdn.com
```

Windows PowerShell nslookup for gaia.brightcovecdn.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.2.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.130.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.194.27#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.66.27#ipresult shows this IP address associated with one or more servers in San Francisco, California.

Each IP address listed above is affiliated with the server(s) associated with the host URI for the manifest and streamlets. Thus, the IP addresses are affiliated with the server(s) for Gaia.

On information and belief, in the instant test, the End User Station accessing the Gaia Site received requested streamlets from the server(s) associated with the Gaia Site via multiple IP addresses shown above.

And, as shown below, each of the above-referenced streamlets was requested from the URI at **gaia.brightcovecdn.com**. Although the streamlets were transmitted to the End User Station from various IP addresses, the streamlets were re-assembled and played back in order of ascending playback time, as indicated by the sequential playing of Media Segments, shown below.

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d3 | … | Complete |

[13] [13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 6-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d3 | … | Complete |

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 6-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | … | Complete |

On information and belief, Gaia provides and/or instructs users to access live event videos via its Gaia+ subscription. Upon information and belief, users subscribed to Gaia+, which is offered on the Gaia Site, are able to livestream workshops and events. Upon information and belief, the live video content accessible through Gaia's website employs the same ABR streaming mechanism (HLS manifests, multi-bitrate variant playlists, and the segmented media files) demonstrated by the VOD testing described above. The network-capture evidence—showing .m3u8 manifests referencing multiple quality levels and sequential .m4f segment requests—applies equally to live streams distributed through the Gaia Site.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet that includes a first web server.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[b] receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the live event video;*<br><br>*retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and* |

As shown above in elements 1[pre]-[f] and 7[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f], B.7[a].

As explained above, a client device accessing the Gaia Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Gaia. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **index.min.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for

requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See, e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| **Bandwidth** | **Token**[14] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

[14] URL path abbreviated for readability throughout.

For the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [15]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

[15] [15] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [15]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

| [15]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c- | … | Complete |

| [15]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | | |

A POSITA would understand that receiving a request and providing the selected streamlet would necessarily require retrieval from the one or more servers. Gaia's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Gaia Site, "[t]he client," which is the client device accessing the Gaia Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet that includes a first web server configured to (1) receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the live event video and (2) retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[c] send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.* |

As shown above in elements 1[pre]-[f] and 7[a]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f], B.7[a]-[b].

As explained above, a client device accessing the Gaia Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Gaia. Each streamlet is requested dependent upon numerous factors indicative of

the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Each video available on the Gaia Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "The 900-Year Secret of the Knights Templar - Part 1," the client device accessing the Gaia Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **index.min.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Gaia Site and present the requested Gaia video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Gaia Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Gaia Site to execute the *pm* function, which iterates through the available bandwidth versions of the video program and returns the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *pm* function is shown below:

```
let pm = function(e) {
    const {main: t, bandwidth: i, playerWidth: s, playerHeight: n, playerObjectFit: r, limitRenditionByPlayerDimensions: a, playlistController: o} = e;
    if (!t) {
        return
    }
    const l = {
        bandwidth: i,
        width: s,
        height: n,
        limitRenditionByPlayerDimensions: a
    };
```

On information and belief, the client device accessing the Gaia Site automatically calls the function *pm* to assess the most appropriate bandwidth version for presentation given the then-current network conditions. As part of this assessment, the *pm* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Gaia Site evaluates the network connection, such as the following excerpted portion of the ***pm*** function:

```
const h = d.filter(e => e.bandwidth * R.BANDWIDTH_VARIANCE < i);
let p = h[h.length - 1];
const f = h.filter(e => e.bandwidth === p.bandwidth)[0];
if (a === false) {
    const S = f || d[0] || u[0];
    if (S && S.playlist) {
        let e = "sortedPlaylistReps";
        if (f) {
            e = "bandwidthBestRep"
        }
        if (d[0]) {
            e = "enabledPlaylistReps"
        }
        om(`choosing ${lm(S)} using ${e} with options`, l);
        return S.playlist
    }
    om("could not choose a playlist with options", l);
    return null
}
```

The player script also includes the following object definitions.

```
Object.defineProperties(this, {
    selectPlaylist: {
        get() {
            return this.playlistController_.selectPlaylist
        },
        set(e) {
            this.playlistController_.selectPlaylist = e.bind(this)
        }
    },
    throughput: {
        get() {
            return this.playlistController_.mainSegmentLoader_.throughput.rate
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.throughput.rate = e;
            this.playlistController_.mainSegmentLoader_.throughput.count = 1
        }
    },
    bandwidth: {
        get() {
            let e = this.playlistController_.mainSegmentLoader_.bandwidth;
            const t = Dy.navigator.connection || Dy.navigator.mozConnection || Dy.navigator.webkitConnection;
            const i = 1e7;
            if (this.options_.useNetworkInformationApi && t) {
                const s = t.downlink * 1e3 * 1e3;
                if (s >= i && e >= i) {
                    e = Math.max(e, s)
                } else {
                    e = s
                }
            }
            return e
        },
        set(e) {
            this.playlistController_.mainSegmentLoader_.bandwidth = e;
            this.playlistController_.mainSegmentLoader_.throughput = {
                rate: 0,
                count: 0
            }
        }
    },
    systemBandwidth: {
        get() {
            const e = 1 / (this.bandwidth || 1);
            let t;
            if (this.throughput > 0) {
                t = 1 / this.throughput
            } else {
                t = 0
            }
            const i = Math.floor(1 / (e + t));
            return i
        },
        set() {
            C.log.error('The "systemBandwidth" property is read-only')
        }
    }
})
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Gaia Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Gaia Site to request and present the highest-quality streamlets supportable at a given time based, at least in part, on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See, e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 563200 (referred to herein as the "563200 Bandwidth") having a resolution of 480x270
- 1128600 (referred to herein as the "1128600 Bandwidth") having a resolution of 640x360
- 2406800 (referred to herein as the "2406800 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| **Bandwidth** | **Token**[16] |
|---|---|
| **563200 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/10s/rendition.m3u8?... |
| **1128600 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/10s/rendition.m3u8?... |
| **2406800 Bandwidth** | /manifest/v2/hls/v7/fmp4/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/d2a5e81c-b340-4a45-b5c4-ebac17a18abe/10s/rendition.m3u8?... |

[16] URL path abbreviated for readability throughout.

For the instant test below, the client device initially requests and receives the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). At this time, the bandwidth is not restricted and the client device accessing the Gaia Site determines—pursuant to instructions received from the Gaia Site—that it can support a higher bandwidth version of the video. Once the bandwidth is restricted, the client device determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **563200 Bandwidth** version of the streamlets (indicated by the **05484b98-94b5-4240-8f26-996ab8cff02c**). Upon making a successive determination that the higher bitrate can be supported again once the bandwidth restriction is removed, the client device switches to request and receive the **1128600 Bandwidth** version of the streamlets (indicated by the **7062269f-d30b-4aea-ac0c-aea6eb598879**). Below is an excerpt of the Microsoft Edge DevTools file showing downshifting from a higher to lower playback quality and subsequently upshifting back to the higher playback quality alongside the status of the requests. As shown by the Microsoft Edge DevTools Network data, partially reproduced below, the streamlet video files are hosted on a server accessible via **gaia.brightcovecdn.com**.

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment6.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment7.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

[17] [17] Any highlighting presented throughout this chart is intended to exemplify certain elements of Gaia's operation and is not intended to limit DISH's position with respect to how Gaia practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Exemplary Infringement Chart for U.S. Patent No. 10,469,554

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment8.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment9.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment10.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment11.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment12.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26- | … | Complete |

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | 996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment13.m4f | | |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment14.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment15.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/05484b98-94b5-4240-8f26-996ab8cff02c/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment16.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c-aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment17.m4f | … | Complete |
| GET | gaia.brightcovecdn.com | /media/v1/hls/v7/aes128/1324209225001/19c86d36-aafd-43f9-90f8-a8d20b6a3b2d/7062269f-d30b-4aea-ac0c- | … | Complete |

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|
| | | aea6eb598879/e957634b-6a80-40e6-b19d-e7217ac25931/5x/segment18.m4f | | |

Gaia's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Gaia Site, "[t]he client," which is the client device accessing the Gaia Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

A POSITA would have understood that, upon having the HTTP GET request successfully completed, the retrieved streamlet will have been sent to the end user station over the one or more TCP connections with the server(s) associated with the Gaia Site.

For example, below is a screenshot of the client device accessing the Gaia Site during playback of the instant test video:



Thus, the limitations for this claim element are met. Gaia uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet that includes a first web server configured to send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.

To the extent that Gaia contends that the Accused Services do not literally satisfy this limitation, Gaia infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.